# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **United States of America,** *Plaintiff* | § § § |
| v. | §   Case No. 1:22-MJ-331-SH |
| **James Bradford,** *Defendant* | § § § |

## O R D E R

Now before the Court is Defendant James Bradford's Motion to Substitute Counsel, filed April 12, 2022 (Dkt. 12).

Defendant asks to substitute Viktor Olavson for Federal Public Defender Jose I. Gonzalez-Falla, who was appointed by the Court to represent Defendant. The Government does not oppose the motion.

Having considered the motion, the undersigned finds that there is good cause to permit the substitution of counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant James Bradford's Motion to Substitute Counsel (Dkt. 12) is **GRANTED**. Jose I. Gonzalez-Falla is hereby **WITHDRAWN** and Viktor Olavson #15241775 is **SUBSTITUTED** as Defendant's counsel of record.

**SIGNED** on April 12, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE